UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2016 DEC 14  AM 11: 44

UNITED STATES OF AMERICA

v.

**SKYLER DEAN PRAHL**

INDICTMENT

NO. 4:16CR-30-JHM

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(7)
21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(2)
21 U.S.C. § 352(b)(1)
21 U.S.C. § 352(f)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(2)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(Distribution of Controlled Substances)

On or about August 31, 2015, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **SKYLER DEAN PRAHL**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing Tramadol, a Schedule IV controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2).

The Grand Jury further charges:

## COUNT 2
(Misbranded Drugs)

On or about August 31, 2015, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **SKYLER DEAN PRAHL**, with the intent to defraud and mislead, introduced and caused to be introduced a misbranded drug into interstate commerce, to wit: **PRAHL** shipped Tramadol, a Schedule IV controlled substance, from Champaign, Illinois, to Owensboro, Kentucky, that was misbranded because its label failed to state the name and place of business of the manufacturer, packer, and distributor.

In violation of Title 21, United States Code, Sections 331(a), 333(a)(2), and 352(b)(1).

The Grand Jury further charges:

## COUNT 3
(Misbranded Drugs)

On or about August 31, 2015, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **SKYLER DEAN PRAHL**, with the intent to defraud and mislead, introduced and caused to be introduced a misbranded drug into interstate commerce, to wit: **PRAHL** shipped Tramadol, a Schedule IV controlled substance, from Champaign, Illinois, to Owensboro, Kentucky, that was misbranded because its labeling failed to bear adequate directions for use.

In violation of Title 21, United States Code, Sections 331(a), 333(a)(2), and 352(f)(1).

The Grand Jury further charges:

## COUNT 4
(Wire Fraud)

On or about and between January 28, 2016 and March 5, 2016, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, the defendant, **SKYLER DEAN PRAHL**, devised a scheme to defraud and to obtain money, by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, transmitted and caused to be transmitted a writing, sign, and signal by means of a wire communication in interstate commerce, to wit: in email communications, **PRAHL** promised to deliver at least 3,000 Tramadol capsules (148 mg-165 mg) to "Michael Riley," in return for $950, but did not deliver the Tramadol capsules upon receipt of the funds.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 1343, and Title 21, United State Code, Sections 331(a), 333(a)(2), and 841(a)(1), as alleged in Counts 1 through 4 of this Indictment, the defendant, **SKYLER DEAN PRAHL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offenses, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in Counts 1 through 4 of this Indictment.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

A TRUE BILL.

**REDACTED**

_____
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:DW:jb:12022016

4

UNITED STATES OF AMERICA v. **SKYLER DEAN PRAHL**

## P E N A L T I E S

| | |
|---|---|
| Count 1: | NM 5 yrs./$250,000/both/NL 1 yr./NM 3 yrs. Supervised Release |
| Counts 2 and 3: | NM 3 yrs./$10,000/both/NM 1 yr. Supervised Release (each count) |
| Count 4: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:16CR-30-JHM

FILED
DISTRICT COURT
WESTERN DISTRICT OF KY
2016 DEC 14 AM 11:44

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Owensboro (at Bowling Green)

THE UNITED STATES OF AMERICA
vs.

SKYLER DEAN PRAHL

## INDICTMENT

Title 21 U.S.C §§ 841(a)(1); 841(b)(2); 331(a); 333(a)(2); 352(b)(1); 352(f)(1):
Distribution of Controlled Substances; Misbranded Drugs; Wire Fraud.

*A true bill.*

**REDACTED**

*Filed in open court this 14th day of December, 2016.*

_____ Clerk

*Bail, $*